## Lapcevic *v.* Concordia Insurance Company, Appellant.

OPINION BY MORRISON, J., July 14, 1909:

For the reasons given in the opinion this day filed at No. 189 of April Term, 1909, ante, p. 294, the assignments of error are sustained and the judgment is reversed.